J. C. BASHOR, *Appellant,* v. E. HAYES *et al., as Part-
ners, etc., Appellees.*
No. 16,506.

PARTNERSHIP—*Existence—Demurrer to Evidence.* Evidence of
the existence of a partnership held sufficient as against a
demurrer.

Appeal from Morris district court. Opinion filed
November 5, 1910. Reversed.

*George P. Morehouse,* and *Clarence A. Crowley,* for
the appellant.
*John Maloy,* for E. Hayes.

*Per Curiam:* In this case the judgment sustaining
the demurrer to the plaintiff's evidence must be re-
versed. It can not be said that there was no evidence
tending to show a partnership existing between the de-
fendants. The plaintiff testified that he informed de-
fendant Hayes of the facts respecting the agreement
made with the other defendant and the terms upon
which the plaintiff was to sell the lumber on commis-
sion; that Hayes told him that the arrangement was
all right and to go ahead and procure further orders
for lumber, and in the same conversation promised to
pay the plaintiff something on account of sales already

made. The most that can be said of the evidence offered
by the plaintiff showing the relations existing between
Hayes and the other defendant is that it was weak
and unsatisfactory, but it should have been submitted
to the jury.

The judgment is reversed and the cause is remanded
for another trial.